◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BUSTER K. BOWENS, Appellant. [817 NYS2d 538]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision

and order of this Court dated October 18, 1993 (*People v Bowens,* 197 AD2d 628 [1993]), affirming a judgment of the County Court, Nassau County, rendered January 7, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Florio, Miller and Schmidt, JJ., concur.